# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Robin E. Figas, and all others similarly situated, | Civil File No. 08-CV-4546 (PAM/FLN) |
| Plaintiff, | |
| v. | **ORDER** |
| Wells Fargo & Company, Wells Fargo Bank, N.A., Employee Benefit Review Committee, | |
| Defendants. | |

Based upon the stipulation between the parties dated February 11, 2010 and for good cause shown, the Court hereby enters the following Order:

1. The parties shall complete any depositions of experts in connection with the class certification motion by **February 23, 2010**.

2. Defendants shall file and serve their brief in opposition to the class certification motion by **February 24, 2009**.

3. Plaintiff shall file and serve her reply brief in support of her class certification motion by **March 11, 2010,** as previously scheduled.

4. The hearing on class certification shall be held before the Honorable Paul A. Magnuson on **March 30, 2010, at 2:00 p.m.** at the Federal Courthouse in St. Paul, Courtroom 7D, as previously scheduled.

Dated: February 26, 2010

*s/ Franklin L. Noel*
Franklin L. Noel
United States Magistrate Judge