UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Robin E. Figas, and all others similarly situated,

    Plaintiffs,

v.

Wells Fargo & Company, et al.,

    Defendants.

Civil No. 08-4546 (PAM/FLN)

**ORDER ON ATTORNEY'S FEES, EXPENSES, AND
CASE CONTRIBUTION AWARD**

This matter came before the Court on July 21, 2011, on the application of Class Counsel for attorney's fees and reimbursement of expenses incurred in the Action and for a Case Contribution Award for Class Representative Robin Figas (Docket No. 264).  The Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this Action to be fair, reasonable and adequate and otherwise being fully informed in the premises and good cause appearing therefore:

**IT IS HEREBY ORDERED that:**

1.    All of the capitalized terms used herein shall have the same meanings as set forth in the Settlement Agreement ("Settlement Agreement") dated March 18, 2011, and filed with the Court. (See Docket No. 257-1.)

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all members of the Settlement Class.

3. Plaintiffs' Class Counsel are hereby awarded attorney's fees of $4,250,330 and reimbursement of expenses in the sum of $478,679.62 (the "Attorney's Fees and Expenses"), to be paid from the Settlement Fund. The attorney's fee figure represents 25% of the settlement fund after the deduction of expenses and the class representative award. The Court finds that the amount of fees awarded is appropriate and fair and reasonable given the risks of non-recovery, the time and effort involved, and the result obtained for the Settlement Class. No other fees, costs or expenses may be awarded to Plaintiffs' Class Counsel in connection with the Settlement. The Attorney's Fees and Expenses shall be paid to Plaintiffs' Class Counsel in accordance with the terms of the Settlement Agreement.

4. The Class Representative Robin Figas is awarded $20,000 as a Case Contribution Award in recognition of her contributions to this Action in representing the Class.

Dated: August 8, 2011

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge